UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PARK LANE PIZZERIA, INC., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-2513-X |
| | § | |
| NORTHWOOD PL HOLDINGS LP, | § | |
| *Defendant*. | § | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Plaintiff Park Lane Pizzeria, Inc.'s, d/b/a Grimaldi's (Grimaldi's) and Defendant Northwood PL Holdings LP's (Northwood) joint motion for exemption from the mediation requirement. (Doc. 43). Having fully considered the motion, and its joint nature, the Court **GRANTS IN PART** the motion.

The parties represent that they have previously participated in two mediation sessions and, based on those experiences, agree that an additional mediation with a mediator would not be fruitful and would impose an undue cost on the parties.[1] Accordingly, the Court **GRANTS IN PART** the request to be exempted from Court-ordered mediation.

The Court, however, finds that the parties should continue their efforts to resolve this matter through a settlement conference. Accordingly, the Court **ORDERS** as follows:

[1] Doc. 43 at 1.

1. The parties shall participate in an in-person settlement conference without a mediator. The Court will make its courtroom available for purposes of conducting the settlement conference.
2. One representative from each party shall personally appear at the settlement conference. Each party's representative shall have authority to engage in meaningful settlement discussions and shall be prepared to make an affirmative presentation concerning the party's position.
3. The parties shall submit to the Court, *in camera*, the materials they intend to use during the settlement conference no later than 3 days before the scheduled conference.
4. The parties shall complete the settlement conference no later than August 31, 2026.
5. The parties shall coordinate with the Court's courtroom deputy (214-753-2346) to arrange a date and time for use of the courtroom. The following dates are currently available: August 19 (afternoon), August 20 (all day), August 25 (all day), August 26 (afternoon), August 27 (all day), August 28 (all day).
6. Within 48 hours after the conclusion of the settlement conference, the parties shall submit a joint settlement conference report advising the Court whether the matter was resolved and, if not, briefly describing the status of settlement discussions and whether further settlement efforts are anticipated.
7. The deadline for filing any motions for summary judgment is hereby **EXTENDED** to September 4, 2026.

**IT IS SO ORDERED** this 13th day of August, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE